JS - 6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOHN LEN PARRISH, ) Case No. CV 10-4972-GAF (MLG)
    Petitioner, )
    v. ) JUDGMENT
LEE BACA, SHERIFF, )
    Respondent. )

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: October 6, 2010

_____
Gary A. Feess
United States District Judge

